UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TODD A. GORMAN, ET UX.
NINA E. GORMAN,           CIVIL ACTION NO.: 4:18-CV-03164
  PLAINTIFFS,

v.

ALLSTATE INSURANCE
COMPANY,
  DEFENDANT.

## CERTIFICATE OF INTERESTED PARTIES

COMES NOW, Defendant Allstate Insurance Company ("Allstate"), a Write-Your-Own Program insurance carrier participating in the National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended (42 U.S.C. §4001, *et seq.*) (the "NFIA"), and appearing herein only in its "fiduciary" capacity as the "fiscal agent of the United States", and at the expense of the federal treasury, which file this Certificate of Interested Parties, listing the following persons, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other entities that may be financially interested in the outcome of this litigation.

1.  Allstate Insurance Company
   c/o Keith M. Detweiler
   Nielsen & Treas, LLC
   3838 N. Causeway Boulevard, Suite 2850
   Metairie, Louisiana 70002
   Attorney for Defendant, Allstate Insurance Company

2.  Allstate Insurance Company
   c/o Bradley K. Jones
   Baker & Hostetler, LLP
   811 Main Street, Suite 1100
   Houston, TX 77002-6111
   Attorney for Defendant, Allstate Insurance Company

3.  Allstate Insurance Company
   c/o Douglas D. D'Arche
   Baker & Hostetler, LLP
   811 Main Street, Suite 1100

      Houston, TX 77002-6111
      Attorney for Defendant, Allstate Insurance Company

4.     Todd A. Gorman and Nina E. Gorman
      c/o Ciano Pasta
      1800 St. James Place, Suite 200
      Houston, TX 77056
      Attorney for Plaintiffs, Todd A. Gorman and Nina E. Gorman

Dated: September 11, 2018

      Respectfully submitted,

      **NIELSEN & TREAS, LLC**

      */s/ Keith M. Detweiler*
      Keith M. Detweiler
      Texas State Bar #24052089
      USDC SDTX #968480
      Louisiana State Bar #20784
      3838 N. Causeway Boulevard, Suite 2850
      Metairie, Louisiana 70002
      P: (504) 837-2500; F: (504) 832-9165
      Email: kdetweiler@nct-law.com

      **BAKER & HOSTETLER, LLP**

      Douglas D. D'Arche
      State Bar No. 00793582
      Federal ID No. 19437
      Bradley K. Jones
      State Bar No. 24060041
      Federal ID No. 931122
      811 Main St., Suite 1100
      Houston, Texas 77002
      P: (713) 751-1600; F: (713) 751-1717
      E-mail: ddarche@bakerlaw.com
      bkjones@bakerlaw.com

      **COUNSEL FOR DEFENDANT, ALLSTATE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that a copy of the foregoing was served upon all counsel of record via CM/ECF System this 11th day of September, 2018.

Ciano Pasta
1800 St. James Place, Suite 200
Houston, TX 77056
Counsel for Plaintiffs

                                       */s/ Keith M. Detweiler*
                                       Keith M. Detweiler